# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155730(80)

MATTHEW J. ROZEN,
      Plaintiff-Appellee,

v

KATIE M. ROZEN,
      Defendant-Appellant.

_____/

SC: 155730
COA: 333250
Genesee CC: 13-309379-DM

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 5, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2017



Clerk